UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAHIM ABDUL RAZAK AL JANKO, )
)
Plaintiff, )
)
v. ) Civil Case No. 10-1702 (RJL)
)
ROBERT M. GATES, )
)
DONALD RUMSFELD, )
)
PAUL WOLFOWITZ, )
)
GORDON ENGLAND, )
)
REAR ADM. JAMES M. McGARRAH, )
)
RICHARD B. MYERS, )
)
PETER PACE, )
)
MICHAEL GLENN "MIKE" MULLEN, )
)
GARY SPEER, )
)
JAMES T. HILL, )
)
BANTZ CRADDOCK, )
)
JAMES G. STAVRIDIS, )
)
MAJ. GEN. GEOFFREY D. MILLER, )
)

| | |
|---|---|
| BRIG. GEN. JAY HOOD, | ) |
| | ) |
| REAR ADM. HARRY B. HARRIS, JR., | ) |
| | ) |
| MARK H. BUZBY, | ) |
| | ) |
| DAVID THOMAS, | ) |
| | ) |
| THOMAS H. COPEMAN III, | ) |
| | ) |
| ADOLPH MCQUEEN, | ) |
| | ) |
| BRIG. GEN. NELSON J. CANNON, | ) |
| | ) |
| COL. MICHAEL BUMGARNER, | ) |
| | ) |
| COL. WADE DENNIS, | ) |
| | ) |
| ESTEBAN RODRIGUEZ, | ) |
| | ) |
| PAUL RESTER, | ) |
| | ) |
| DANIEL MCNEILL, | ) |
| | ) |
| FRANK WIERCINSKI, | ) |
| | ) |
| DOES 1-100 | ) |
| | ) |
| Defendants. | ) |

## ORDER
[Dkt. ## 13, 14]

For the reasons set forth above, it is this 22 day of December, 2011 hereby

**ORDERED** that Defendant United States' Motion to Dismiss Counts Five Through Seventeen [Dkt. #13], and Individual Defendants' Motion to Dismiss Counts One Through Four and Count Eighteen [Dkt. #14], are **GRANTED**; and it is further

**ORDERED** that the above-captioned case be dismissed with prejudice.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　／s／ Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge